**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-00157-BNB
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

JEREMY PINSON, and
ERWIN VILLATORO,

    Plaintiffs,

v.

RICHARD MADISON,
PATRICIA RANGEL,
DAVID BERKEBILE,
S. KUTA,
MICHELLE BOND,
OFFICER JOHNSON,
OFFICER SHEPHERD,
PAUL ZOHN, and
BLAKE DAVIS,

    Defendants.

**ORDER DIRECTING PLAINTIFFS TO CURE DEFICIENCIES**

On January 23, 2013, Plaintiffs submitted a Prisoner Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915.  As part of the Court's review pursuant to D.C.COLO.LCivR 8.2, the Court has determined that the documents are deficient as described in this Order.  Plaintiffs will be directed to cure the following if they wish to pursue any claims in this Court in this action.  Any papers that Plaintiffs file in response to this Order must include the civil action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)   _X_   is not submitted (Each plaintiff must submit their **own** § 1915 Motion and Affidavit)
(2)   ___   is missing affidavit
(3)   _X_   is missing certified copy of prisoner's trust fund statement for the **6-month period immediately preceding** this filing for Plaintiff Erwin Villatoro
(4)   ___   is missing certificate showing current balance in prison account
(5)   ___   is missing required financial information
(6)   ___   is missing authorization to calculate and disburse filing fee payments
(7)   ___   is missing an original signature by the prisoner
(8)   ___   is not on proper form
(9)   ___   names in caption do not match names in caption of complaint, petition or habeas application
(10)  ___   other:

**Complaint, Petition or Application**:

(11)  ___   is not submitted
(12)  ___   is not on proper form
(13)  ___   is missing an original signature by the prisoner
(14)  ___   is missing page nos. ___
(15)  ___   uses et al. instead of listing all parties in caption
(16)  ___   names in caption do not match names in text
(17)  ___   addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18)  ___   other:

Accordingly, it is

ORDERED that Plaintiffs cure the deficiencies designated above **within thirty days from the date of this Order**. Any papers that Plaintiffs file in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that Plaintiffs shall obtain the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 form (revised 10/1/12) (with the assistance of their case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that, if Plaintiffs fail to cure the designated deficiencies

**within thirty days from the date of this Order**, the action will be dismissed without further notice.

DATED January 24, 2013, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge