**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-00157-BNB

JEREMY PINSON, and
ERWIN VILLATORO,

    Plaintiffs,

v.

RICHARD MADISON,
PATRICIA RANGEL,
DAVID BERKEBILE,
S. KUTA,
MICHELLE BOND,
OFFICER JOHNSON,
PAUL ZOHN, and
BLAKE DAVIS,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    On February 4, 2013, Mr. Pinson submitted a Motion for Leave for Pinson to Proceed on Original 1915 Motion, ECF No. 6.  The request is denied.  Mr. Pinson is directed to submit his own 28 U.S.C. § 1915 motion and respond to the questions in the form on his own behalf.  Mr. Pinson shall have thirty days from the date of this Minute Order to comply with the January 24, 2013 Order

Dated:  February 5, 2013